# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| SAMUEL JEAN and ROSSITA JEAN,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONAL SPECIALTY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 6:23-cv-671-RMN |

## ORDER

This cause comes before the Court on the parties' Joint Stipulation of Dismissal with Prejudice (Dkt. 33), filed on November 10, 2023. The stipulation of dismissal is self-executing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendant National Specialty Insurance Company are **dismissed with prejudice**. The Clerk is **directed** to terminate any pending deadlines and close the file.

**DONE** and **ORDERED** in Orlando, Florida, on January 3, 2024.

ROBERT M. NORWAY
*United States Magistrate Judge*

Copies furnished to:

Counsel of Record